■ SAMUEL GRANICK, Respondent, v. MARTIN T. MOBACH et al., Appellants.— In an action by an assignee to foreclose a purchase-money mortgage on real property, in which defendants, the mortgagors, interposed a defense and counterclaim based on the assignor's breach of an agreement, the defendants appeal from an order of the Supreme Court, Westchester County, dated November 2, 1960, which granted plaintiff's motion for summary judgment striking out their answer, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, the answering affidavits raise a triable issue. The counterclaim is properly interposed and the damages, if any, established on the trial may be offset to the amount of the plaintiff's demand (·Civ. Prac. Act, §§ 266, 267). Plaintiff took the assignment of the bond and mortgage subject to all defenses and counterclaims which defendants had against the assignor (*Liebowitz* v. *Arrow Roofing Co.*, 259 N. Y. 391; *American Guild* v. *Damon*, 186 N. Y. 360), and, consequently, as against defendants the plaintiff acquired thereby no rights greater than those of his assignor (*Stevenson Brewing Co.* v. *Iba*, 155 N. Y. 224). Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ ESTELLE HANDEL, Respondent, v. BERNARD HANDEL, Appellant.— In an action by a wife for a judicial separation, the defendant husband appeals from so much of an order of the Supreme Court, Westchester County, dated October 26, 1960, and entered in Dutchess County on October 31, 1960, as grants the wife's motion for alimony *pendente lite* and directs him to pay her $250 per week and to continue the payments theretofore made by him for taxes and household expenses. Upon the stipulation of the parties, dated February 24, 1961, the appeal is dismissed, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of STANLEY S. ATIAS, Respondent, v. WALTER GIBSON, Doing Business as BANK HALL EXPRESS, Appellant.— In a proceeding under section 110-a of the Civil Practice Act, to remove to the Supreme Court a pending action in the City Court of the City of New York, the defendant in said action appeals from an order of the Supreme Court, Kings County, dated May 26, 1960, granting the plaintiff's application to remove the action to the Supreme Court and amending the complaint by increasing to $100,000 the damages sought to be recovered. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.